Thomas J. Borchard, Esq., SBN: 104008
*tborchard@borchardlaw.com*
Frank Mickadeit, Esq. SBN: 293520
*fmickadeit@borchardlaw.com*
BORCHARD & CALLAHAN, APC
25909 Pala, Suite 300
Mission Viejo, CA 92691
Telephone: (949) 457-9505

Attorneys for Plaintiffs Alec Glasser and
The Drake in Laguna, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEC GLASSER, an individual; THE DRAKE IN LAGUNA, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN B. BERZNER, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-00661-DFM<br><br>[~~PROPOSED~~] ORDER TO EXTEND TIME TO TAKE DEPOSITIONS<br><br>Assigned for all purposes to:<br>Hon. Douglas F. McCormick<br><br>**Complaint filed:** May 26, 2020<br>**Trial:**             June 21, 2022 |

The Court, having read and considered the parties' Stipulation to Extend Time to Take Depositions, now finds and orders as follows:

In light of the circumstances set forth in the stipulation, including the importance of the witnesses to be deposed, that the parties agree that the requested extension will not impact other trial-readiness deadlines, and will not prejudice any party, the Court finds good cause to extend the deadline to commence the depositions of John B. Berzner and Alec Glasser to March 14, 2022.

IT IS SO ORDERED.

Date: February 7, 2022

Hon. Douglas F. McCormick
United States Magistrate Judge