WILLIAM W. BLOCH, SBN 133139
LA SUPERLAWYERS INC.
5670 Wilshire Boulevard, Suite 1300
Los Angeles, CA 90036
Telephone: (310) 477-7767
Fax: (310) 550-6798
lasuperlawyers@gmail.com

Attorneys for Defendant
JOHN B. BERZNER, an individual

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEC GLASSER, an individual; THE DRAKE IN LAGUNA, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN B. BERZNER, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 8:21-CV-00661-JVS-DFM<br><br>*[Removed from County of Orange, Central Justice Center; Case No.: 30-2020-01146408-CU-DF-CJC]*<br><br>NOTICE OF MOTION AND MOTION BY DEFENDANT'S COUNSEL TO WITHDRAW AS ATTORNEY OF RECORD PURSUANT TO LOCAL RULE 83-2.3.2; DECLARATION OF WILLIAM W. BLOCH<br><br>Date: March 22, 2022<br>Time: 10:00 a.m.<br>Dept.: 6-B |

TO PLAINTIFFS AND TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 22, 2022, at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 6-B of the above entitled court, located at 411 West Fourth Street, Santa Ana, California, William W. Bloch, attorney of record for Defendant in this action, will move the Court for an Order granting him permission to withdraw as attorney of record for Defendant herein.

//

NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD PURSUANT TO LOCAL RULE 83-2.3.2; DECLARATION OF WILLIAM W. BLOCH

1

This Motion will be made upon the grounds that Defendant's counsel is unable to continuing representing Defendant in the instant matter due to an irreconcilable breach in the attorney-client relationship.

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities and Declaration of William W. Bloch filed herewith, upon all pleading and documents on file in this matter to date, and upon such other and further oral and documentary evidence as may be produced at the hearing of said motion.

Dated: February 15, 2022

WILLIAM W. BLOCH
Attorney for Defendant, JOHN BERZNER

NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD PURSUANT TO LOCAL RULE 83-2.3.2; DECLARATION OF WILLIAM W. BLOCH

2

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

This action arises out of a claims for (1) Libel; (2) Intentional interference with prospective economic relationship; and (3) Negligent interference with prospective economic relationship, all stemming from a Yelp review posted by Defendant following his visit to the Drake Restaurant in Laguna Beach, California IN 2020. This matter was originally filed in state court, before being removed to federal court due to Mr. Berzner's status as a New York resident.

In May of 2021, Defendant filed an anti-SLAPP motion which was denied. Since then, the parties had a mediation which did not resolve the matter; limited discovery has been exchanged between the parties, and no depositions have been taken, though the depositions of Defendant Berzner and Plaintiff Glasser are currently set for March 1 and March 14, respectively.

As set forth with more specificity in the Declaration of William W. Bloch, attached hereto, Defendant's counsel is unable to continue representing Defendant due to an irreparable breakdown in the attorney-client relationship.

### II. AN ATTORNEY IN AN ACTION MAY BE CHANGED AT ANY TIME BEFORE OR AFTER JUDGMENT

Pursuant to California *Code of Civil Procedure* §284(2) an attorney in an action may be changed at any time before or after judgment or final determination upon order of the court, upon the application of either client or attorney, after notice from one to the other. *Local Rule 83-2.3.2 Motion for Withdrawal* states: "An attorney may not withdraw as counsel except by leave of court. An application for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action."

//

NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD PURSUANT TO LOCAL RULE 83-2.3.2; DECLARATION OF WILLIAM W. BLOCH

3

## III. THE COURT MAY IN ITS DISCRETION PERMIT AN ATTORNEY TO WITHDRAW AS COUNSEL FOR A PARTY IN THE ACTION

*Local Rule 83-2.3.3 Delays by Substitution of Attorneys* states: "Unless good cause is shown and the ends of justice require, no substitution or relief of attorney will be approved that will cause delay in prosecution of the case to completion." See *Darby v. Torrance*, 810 F. Supp. 275 (C.D. Cal. 1992). Here, trial is set for late June 2022, so that withdrawal at this stage will not cause delay in prosecution.

In the case of *People v. Brown*, 203 Cal.App.3d 1335, 1340, 250 Cal. Rptr. 762 (1988), the Court held that: "The granting or denying of a motion [to withdraw] by an attorney lies within the sound discretion of the trial court."

California state courts have further held in the *Jones v. Green*, 74 Cal.app.2d 223, 230, 168; P.2d 418 (1946): "It is not an abuse of discretion or an arbitrary exercise of discretionary power for the court to permit counsel to withdraw." Attorney Bloch's irreconcilable breach with his client makes it impossible for him to continue forward as defense counsel.

In spite of his requests to Mr. Berzner to substitute in new counsel, Attorney Bloch finds himself compelled to file the instant motion to be relieved based on his ongoing and continuing communication breaches, and other impediments and their irreconcilable conflict. See Bloch dec., ¶___.

Due to these problems, Attorney Bloch can not in good faith proceed

NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD PURSUANT TO LOCAL RULE 83-2.3.2; DECLARATION OF WILLIAM W. BLOCH

4

forward and represent defendantP. Accordingly, it is for this reason that Attorney Bloch requests that the court grant his motion to withdraw as attorney of record for Defendant John Berzner.

## IV.  CONCLUSION

Based upon the above, Attorney William W. Bloch requests that the instant motion to be relieved as counsel for defendant Berzner be granted.

Dated: February 15, 2022

_____
WILLIAM W. BLOCH
Attorney for Defendant, JOHN BERZNER

WILLIAM W. BLOCH, SBN 133139
LA SUPERLAWYERS INC.
5670 Wilshire Boulevard, Suite 1300
Los Angeles, CA 90036
Telephone: (310) 477-7767
Fax: (310) 550-6798
lasuperlawyers@gmail.com

Attorneys for Defendant
JOHN B. BERZNER, an individual

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEC GLASSER, an individual; THE DRAKE IN LAGUNA, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN B. BERZNER, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 8:21-CV-00661-JVS-DFM<br><br>*[Removed from County of Orange, Central Justice Center; Case No.: 30-2020-01146408-CU-DF-CJC]*<br><br>**DECLARATION OF WILLIAM W. BLOCH IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL**<br><br>Date: March 22, 2022<br>Time: 10:00 a.m.<br>Dept.: 6-B |

I, WILLIAM W. BLOCH, declare:

1. I am an attorney duly licensed to practice before this and all the Courts of the State of California. I am one of the attorneys of record for Plaintiff DAVID ROTH. I am aware of the facts stated herein of my own knowledge, and if called to testify thereto, I could and would competently so testify.

2. Defendant JOHN BERZNER (hereinafter "BERZNER") is the defendant in the instant action for libel and other claims concerning BERZNER's Yelp review of the Plaintiff restaurant. Initially, this matter was filed in State court where I

practice. Subsequently, this matter was removed to Federal Court. To date, BERZNER has been represented by my office.

3. In or about January 2022 and forward, the relationship with Mr. Berzner and my firm was riven by an iurreconcilable conflict that makes it impossible to still represent defendant. I have had serious communication and other issues I do not want to discuss due to attorney client privilege.

4. I have urged Mr. Berzner to obtain new counsel, but to date he has failed to do so. Due to the serious breach of the attorney client relationship and reasons I cannot discuss in detail, I am seeking to be relieved as Mr. Berzner's counsel in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 15th day of February, 2022, at Los Angeles, California.

WILLIAM W. BLOCH, Attorneys for Defendant JOHN BERZNER