# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ALEC GLASSER et al., <br><br> Plaintiff, <br><br> v. <br><br> JOHN B. BERZNER et al., <br><br> Defendant. | Case No. SA CV 21-00661-DFM <br><br> JUDGMENT ON JURY VERDICT |

This action came on for trial before the Court and a jury, the Honorable Douglas F. McCormick, United States Magistrate Judge, presiding. The issues have been duly tried, and the jury has rendered its verdict as to the claims presented to it.

IT IS HEREBY ORDERED that judgment be entered as follows:

1. On the First Cause of Action for Libel, judgement is entered in favor of Plaintiff Alec Glasser against Defendant John B. Berzner in the amount of (1) $5,000 as actual damages; (2) $15,000 as punitive damages; and (3) Plaintiff's costs;

2. On the Second Cause of Action for Intentional Inflection of Emotional Distress, Plaintiff The Drake in Laguna, LLC shall recover nothing against Defendant John B. Berzner, and the cause of action is dismissed with prejudice; and

3. On the Third Cause of Action for Negligent Inflection of Emotional Distress, Plaintiff The Drake in Laguna, LLC shall recover nothing against Defendant John B. Berzner, and the cause of action is dismissed with prejudice.

IT IS SO ORDERED.

Date: 10-6-2022

DOUGLAS F. McCORMICK
United States Magistrate Judge